IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIONEL LOUIS SEASE, | : | |
| Petitioner, | : | |
| | : | 1:13-cv-1548 |
| v. | : | |
| | : | Hon. John E. Jones III |
| MICHAEL WENEROWICZ, *et al.* | : | |
| Respondents | : | |

## ORDER

June 15, 2015

Upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Petition for Writ of Habeas Corpus (Doc. 4) is **DISMISSED** as time-barred. *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge